UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| A&R FOOD CORPORATION, d/b/a | * | CASE NO. 11-07051 |
| EL RANCHO MEXICANO | * | |
| | * | JUDGE PAUL M. GLENN |
| DEBTOR | * | |

**************************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a) and 9010(b), I hereby request that my appearance be entered, that I be placed on the Court's mailing list in the above-captioned matter, and that all notices, orders and other papers (i) issued by the Court to any creditors or other parties in interest or other entities and (ii) filed by any and all parties in interest or other entities, be sent to the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

{00143045-1}

Name of party(s) represented:        Shanri Holdings Corp.

Dated this 7th day of October, 2011.

Respectfully submitted:

/s/ *J. David Forsyth*
J. DAVID FORSYTH (BAR NO. 5719)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Tel.: (504) 582-1521
Fax: (504) 582-1555
Email: jdf@sessions-law.com

Attorneys for Shanri Holdings, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2011, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the Debtor's counsel.

/s/ *J. David Forsyth*
J. DAVID FORSYTH